Civil Rights Complaint
42 U.S.C § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CV18 0322
SEYBERT, J.
SHIELDS, M.J.

RECEIVED
JAN 17 2018
DNY PRO SE OFFICE

WILLIAM BUSSEY 17006660

- against -

DAREL HAYNES, Shield #1305
LaRRY BRUE, Shield# 1320
Detective Sergeant Scalone,
Detective Cetto,
Detective Lashinsky

Defendants X

Jury trial demand
yes ✓   NO

Request to proceed
IN FORMA PAUPERIS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 17 2018 ★
LONG ISLAND OFFICE

page 1.
A. Have you begun other Lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
yes ( )  NO (✓)

Page 2 A,B.
Parties

(In item A below, place your name in the first blank and place your present address in the 2nd blank.

A. Name of Plantiff, William C Bussey
Address in the Second blank
100 Carman Ave, East Meadow. NY, 11554

B List all defendant's names and the addresses at which each defendant may be served.

continued
Page 3

Civil Rights Complaint
42 U.S.C § 1983

Defendant 1  Detective DAREL HAYNES #1305
214 Hillside Willingston Park NY 11556

Defendant 2  Detective Larry Brue #1320
214 Hillside Willingston Park NY 11556

Defendant 3  Detective Sergent Sal Sealane
214 Hillside Willingston Park NY 11556

Defendant 4  Detective Cetto
214 Willingston Park NY 11556

Defendant 5  Detective Lashinsky
214 Hillside Willingston Park NY 11556

page 4 (state briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the locction where the event occurred. Include the names of each defendant and state how ~~each~~ each person named was involved in the event you are claiming violated your rights.

It's September 26, 2017 after 12:00, 2:30 in the morning and detective Larry Brue violated my constitutional right the 4th Amendment by forcing his way

# Civil Rights complaint
## 42 U.S.C § 1983

into my home with his co conspirators Detective Haynes, Cetto, Lashinsky and Sergent Sal Sealone. Detective Brue and Haynes testified at my trial October 2, 17 and during cross excmination tried to distance Himself from the exact time, detective brue forced his way in my home. Detective Haynes claims he wasn't there at the exact point of D. Larry brue entering my home. D Larry brue say's he was exactly right behind Him and I have their two conflicting stories in my transcript. Detective Larry brue claims he saw me in my dining room without entering my home, and the way he said he did it, is totally false. Detective Cetto, Lashinsky and Sergent Sal Sealone was at my home 2 Fordham place in Hempstead NY when this criminal action took place. All detectives violated my 5th and 6th Amendment and deprived me of life, liberty, and property without due process of the law.

**Relief** | STATE what relief you are seeking if you prevail on your complaint.

I believe all parties should disciplined by their department at the 3rd precint. As a result of Detective Larry brue actions an coconspirators he violated my ~~forth~~ 5, 6 amendment right what caused me to lose my job and also my dignity. As a result I'm suffering mentally & Physically, even though I'm receiving physical therapy at the jail, it's only twice a week. As opposed to going to my personal physical therapist and being properly treated. I'm suffering from post traumatic stress having to deal with my father being sick, losing his eyesight, also having trouble sleep at night. Like I said i have the "transcripts" to "prove" both officers perjured during my trial. I'm seeking two hundred and ~~physical therapy~~ fifty thousand for violating my constitutional Rights, and physical therapy and counsaling, to help further my recovery.