RECEIVED
MAY 31 2018
EDNY PRO SE OFFICE

Pro SE office

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 31 2018 ★
LONG ISLAND OFFICE

Date 28, 18

William C Bussey
#18A1476
RE: 18-CV-2571 (JS)(AYS), Bussey v. Barnett et al
2:18-cv-00322-(JS)-AYS

I just wanted to give and get an update on my case, wanted to know when will i be able to have a conference, regarding my civil suit. The 1st suit regarding detectives violating my 4,5 Constitutional rights, not to be deprived of life, liberty, or property without due process of law, also the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue but upon probable cause, supported by Oath or Affirmation, and particulary describing the place to be searched, and the person's or things to be seized. As of right now I'm having family members show a video of how detective L.brue and cohorts forced their way into my home without permission or Identifying themselves. Note: Detective L.brue and D. Haynes Court transcripts contradict each other, which proves L.brue forced his way in his home. Also Mitchell barnett Esq was acting in concert with the Prosecution è the both knowingly violated my 6th Amendment

Constitutional right, in 'All' criminal prosecution...the accused shall enjoy the right to a speedy and public trial. At Arraignment exercising my right to act on my own behalf I requested a speedy trial, my trial date was up dec 26, 17, the case didn't get dismissed until March 30, 2018, clearly a violation of my Constitutional rights. The case was a case involving my son. I was accused of injuring a child less than 17, now during my incarceration my child was placed in the care of Department of children services. Eventually my wife ended up incarcerated and losing custody of my son, which is costing me alot of pain right now because I can't see or be involved in his life which is devastating. The District Attorney office had a civil duty to produce me in Court to be informed of the nature and cause of the accusation, and to be confronted with the witnesses against me, Docket 24427/17 Judge Ficher, I'm seeking of what it cost the taxpayer's to keep me in custody for a 180 day's.

WB
18A1476

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**CLINTON CORRECTIONAL FACILITY**
P.O. BOX 2001
DANNEMORA, NEW YORK 12929

NAME: William Bussey          DIN: 18A1476

Clinton ★ Correctional Facility

NEOPOST
05/29/2018
US POSTAGE $000.47⁰

FIRST-CLASS MAIL

ZIP 12929
041M11272305

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 31 2018 ★

LONG ISLAND OFFICE

To: United States District Court
100 Federal Plaza
Central Islip NY 11722

Pro Se office

Legal Mail

1172234438 C003